IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

EMJ CONSTRUCTION, LLC F/K/A EMJ CORPORATION.,

    PLAINTIFFS,

v.                                        CIVIL ACTION NO.: 1:24-CV-07335

ZURICH AMERICAN INSURANCE COMPANY,

    DEFENDANT.

## JOINT STATUS REPORT

Pursuant to the Court's Order dated September 22, 2025 (Doc No. 55), the parties jointly report that a settlement has been reached, and the parties are jointly drafting a settlement agreement to memorialize same.

Dated: October 7, 2025

                                                      */s/ Stephanie R. Tippit*
                                                      Margaret Hupp Fahey (426213)
                                                      CLAUSEN MILLER P.C. (697942)
                                                      10 South LaSalle Street
                                                      Chicago, IL 60603
                                                      Tel: (312) 885-1010
                                                      mhafey@clausen.com

                                                      Stephanie R. Tippit (admitted pro hac vice)
                                                      MOUND COTTON WOLLAN &
                                                      GREENGRASS LLP
                                                      3 Greenway Plaza, Suite 1300
                                                      Tel: (281) 572-8357
                                                      stippit@moundcotton.com

                                                      **ATTORNEYS FOR DEFENDANT,**
                                                      **Zurich American Insurance Company**

*/s/ Gregory D. Podolak*

Gregory D. Podolak (426213)
Jonathan Chambers (admitted pro hac vice)
Rachel Pearson (admitted pro hac vice)
SAXE DOERNBERGER & VITA, P.C.
999 Vanderbilt Beach Rd., Ste 603
Naples, FL 34108
GPodolak@sdvlaw.com
JChambers@sdvlaw.com
RPearson@sdvlaw.com
Tel: (239) 316-7244

**ATTORNEYS FOR PLAINTIFF,**
**EMJ Construction, LLC f/k/a**
**EMJ Corporation**