## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

EMJ Construction, LLC
            Plaintiff,

v.                 Case No.: 1:24–cv–07335
                 Honorable Edmond E. Chang

Zurich American Insurance Company
            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 7, 2025:

  MINUTE entry before the Honorable M. David Weisman: The parties' joint status report [61] indicates they have settled the case and are drafting a settlement agreement. Accordingly, the status hearing set for 10/9/25 is stricken and reset to 11/13/25 at 9:00 a.m. for docket management. Joint status report or stipulation of dismissal due by noon on 11/10/25. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.