# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

EMJ Construction, LLC

                                                  Plaintiff,

v.                                                                    Case No.: 1:24–cv–07335
                                                                     Honorable Edmond E. Chang

Zurich American Insurance Company

                                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 12, 2025:

      MINUTE entry before the Honorable Edmond E. Chang: Pursuant to the stipulated dismissal, R. 63, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the case is dismissed with prejudice, each side to bear its own fees and costs. Status hearing of 12/12/2025 is vacated. Civil case terminated. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.